**Larry BUSH, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 17-6729

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 29, 2017

Larry Lamont Bush, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Lamont Bush appeals the district court's order dismissing his petition for writ of error coram nobis or audita querela. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Bush v. United States*, No. 1:17-cv-01262-JFM (D. Md. May 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*